**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Derek Evan Krucelyak                    CHAPTER 13
             Debtor(s)

BKY. NO. 16-12284 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of The Bryn Mawr Trust Company and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ *Rebecca Solarz*
                          Rebecca Solarz
                          03 Dec 2020, 16:29:24, EST

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322