United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | | Case No. 16-12284-amc |
|---|---|---|
| Derek Evan Krucelyak | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: May 12, 2021 | Form ID: 138NEW | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Derek Evan Krucelyak, 162 Levering Street, Philadelphia, PA 19127-1412 |
| 13702675 | + | AES/Natl Col, Aes/Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 13702677 | + | AES/Natl Col, Pob 61047, Harrisburg, PA 17106-1047 |
| 13702679 | + | AES/PNC Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13702683 | + | Aes/pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13764436 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13702688 | + | Amex/Beckett & Lee LLC, Po Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 13702689 | + | Amex/Beckett & Lee LLC, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13702692 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982235, El Paso, TX 79998 |
| 13786664 | + | BPA as Authorized Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Ft. Lauderdale FL 33334-3662 |
| 13702695 | + | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 13702694 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 13702696 | + | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 13932717 | | Educational Credit Management Corporation, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13725061 | + | Freedom Credit Union, c/o Robert M. Morris, Esq, P.O. Box 2235, Bala Cynwyd, PA 19004-6235 |
| 13702721 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 13702726 | + | Medtronic, 13019 Collection Center Drive, Chicago, IL 60693-0130 |
| 13732959 | + | Medtronic,Inc., 18000 Devonshire Street, Northridge CA 91325-1219 |
| 13702727 | + | Monterey Financial Services, 4095 Avenida de law Plata, Oceanside, CA 92056-5802 |
| 13734308 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13723118 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila PA 19122-2898, Attn: Bankruptcy Dept 3F |
| 14566782 | + | The Bryn Mawr Trust Company, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13750895 | | eCAST Settlement Corporation, Po Box 29262, New York NY 10087-9262 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | | |
| | | | May 13 2021 01:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | May 13 2021 01:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | | May 13 2021 01:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | | |
| | | | May 13 2021 01:43:00 | Freedom Credit Union, 626 Jacksonville Road, Ste 250, Warminster, PA 18974-4862 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0313-2                          User: admin                          Page 2 of 4
Date Rcvd: May 12, 2021                  Form ID: 138NEW                  Total Noticed: 62

|  |  |  |  |
|---|---|---|---|
|  |  | May 13 2021 01:58:30 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13702685 | + Email/Text: ally@ebn.phinsolutions.com |  |  |
|  |  | May 13 2021 01:43:00 | Ally Financial, Attn: Bankruptcy, Po Box 130424, Roseville, MN 55113-0004 |
| 13702686 | + Email/Text: ally@ebn.phinsolutions.com |  |  |
|  |  | May 13 2021 01:43:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 13702700 | Email/PDF: AIS.cocard.ebn@americaninfosource.com |  |  |
|  |  | May 13 2021 01:58:34 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13702697 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com |  |  |
|  |  | May 13 2021 02:08:47 | Capital One, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 13702698 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com |  |  |
|  |  | May 13 2021 02:03:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13702699 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com |  |  |
|  |  | May 13 2021 01:58:34 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13714967 | Email/PDF: AIS.cocard.ebn@americaninfosource.com |  |  |
|  |  | May 13 2021 01:58:34 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13781010 | + Email/Text: bnc@bass-associates.com |  |  |
|  |  | May 13 2021 01:43:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 13788873 | + Email/Text: bncmail@w-legal.com |  |  |
|  |  | May 13 2021 01:44:00 | Cerastes, LLC, C/O Weinstein & Riley P.S., 2001 Western Ave, STE 400, Seattle, WA 98121-3132 |
| 13702701 | + Email/Text: bk.notifications@jpmchase.com |  |  |
|  |  | May 13 2021 01:43:00 | Chase Auto, Attn:National Bankruptcy Dept, Po Box 29505, Phoenix, AZ 85038-9505 |
| 13702702 | + Email/Text: bk.notifications@jpmchase.com |  |  |
|  |  | May 13 2021 01:43:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 13702713 | + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | May 13 2021 02:09:01 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13702712 | + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | May 13 2021 01:58:46 | Citibank, Citicorp/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13702711 | + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | May 13 2021 02:09:02 | Citibank, Citicorp Credt Srvs/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13702715 | + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | May 13 2021 02:09:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 13702716 | + Email/PDF: Citi.BNC.Correspondence@citi.com |  |  |
|  |  | May 13 2021 01:58:45 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13702717 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | May 13 2021 01:43:00 | Comenity Bank/West Elm, Attention: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 13702718 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM |  |  |
|  |  | May 13 2021 01:43:00 | Comenity Bank/West Elm, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13702720 | Email/Text: mrdiscen@discover.com |  |  |
|  |  | May 13 2021 01:43:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 13709309 | + Email/Text: mrdiscen@discover.com |  |  |
|  |  | May 13 2021 01:43:00 | Discover Bank, Discover Products INC, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 13702719 | + Email/Text: mrdiscen@discover.com |  |  |
|  |  | May 13 2021 01:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 13702722 | + Email/Text: ally@ebn.phinsolutions.com |  |  |
|  |  | May 13 2021 01:43:00 | G M A C, Po Box 105677, Atlanta, GA 30348-5677 |
| 13702703 | Email/PDF: ais.chase.ebn@americaninfosource.com |  |  |
|  |  | May 13 2021 01:58:31 | Chase Card Services, Po Box 15298, Wilmington, DE 19050 |

| | | | |
|---|---|---|---|
| 13702724 | + Email/Text: bk@lendingclub.com | May 13 2021 01:44:00 | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 13725338 | + Email/Text: bankruptcydpt@mcmcg.com | May 13 2021 01:44:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 13788504 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2021 02:03:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13702728 | + Email/Text: bankruptcy@prosper.com | May 13 2021 01:44:00 | Prosper Marketplace In, 101 2nd St Fl 15, San Francisco, CA 94105-3672 |
| 13759369 | Email/Text: bnc-quantum@quantum3group.com | May 13 2021 01:43:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13708091 | Email/PDF: rmscedi@recoverycorp.com | May 13 2021 02:08:55 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13702729 | + Email/PDF: gecsedi@recoverycorp.com | May 13 2021 01:58:30 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13702730 | + Email/PDF: gecsedi@recoverycorp.com | May 13 2021 02:08:43 | Synchrony Bank/Banana Republic, Po Box 965005, Orlando, FL 32896-5005 |
| 13702732 | + Email/PDF: gecsedi@recoverycorp.com | May 13 2021 02:08:43 | Synchrony Bank/HH Gregg, C/o P.o. Box 965036, Orlando, FL 32896-0001 |
| 13702731 | + Email/PDF: gecsedi@recoverycorp.com | May 13 2021 02:08:44 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 13702733 | Email/Text: Collections@bmtc.com | May 13 2021 01:43:00 | The Bryn Mawr Trust Company, 801 Lancaster Avenue, Bryn Mawr, PA 19010 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Educational Credit Management Corporation, po. box 16408 |
| 13702734 | | Vilanova Uni |
| 13702678 | *+ | AES/Natl Col, Pob 61047, Harrisburg, PA 17106-1047 |
| 13702676 | *+ | AES/Natl Col, Aes/Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 13702680 | *+ | AES/PNC Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13702681 | *+ | AES/PNC Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13702682 | *+ | AES/PNC Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13702684 | *+ | Aes/pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13702687 | *+ | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 13702693 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982235, El Paso, TX 79998 |
| 13702690 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982236, El Paso, TX 79998 |
| 13702691 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982236, El Paso, TX 79998 |
| 13702714 | *+ | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13702723 | *+ | G M A C, Po Box 105677, Atlanta, GA 30348-5677 |
| 13702704 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19050 |
| 13702705 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19050 |
| 13702706 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19050 |
| 13702707 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 13702708 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |

District/off: 0313-2             User: admin             Page 4 of 4

Date Rcvd: May 12, 2021            Form ID: 138NEW            Total Noticed: 62

| | | |
|---|---|---|
| 13702709 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 13702710 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 13702725 | *+ | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| sp | ##+ | Vincent F. Presto, Master,Weinstein,Moyer,PC, Beneficial Bank Place, 1818 Market Street-Suite 3420, Philadelphia, PA 19103-3655 |

TOTAL: 2 Undeliverable, 20 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| POLLY A. LANGDON | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bryn Mawr Trust Company bkgroup@kmllawgroup.com |
| ROBERT MITCHELL MORRIS | on behalf of Creditor Freedom Credit Union mail@morrisadelman.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Derek Evan Krucelyak bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Derek Evan Krucelyak

             Debtor(s)                                 Bankruptcy No: 16−12284−amc

                                                              Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 5/12/21

65 − 64
Form 138_new
